UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LISA DIAZ,

                                  Plaintiff,

      -against-

SEAMEN'S SOCIETY FOR CHILDREN AND
FAMILIES,

                                Defendant.
-----------------------------------------------------------------------X

Index No.: 10 CV 4229

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as lead counsel in this case for Seamen's Society for Children and Families. I certify that I am admitted to practice in this Court.

Dated:    White Plains, New York
             October 12, 2010

                                        BABCHIK & YOUNG, LLP
                                        Attorneys for Defendant Seamen's Society
                                        for Children and Families

By:                        _____
                                        Jack Babchik (JB 8953)
                                        A Member of the Firm
                                        200 East Post Road
                                        White Plains, New York 10601
                                        (914) 470-0001