UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LISA DIAZ,

        Plaintiff,                    Case No. 10-cv-4229
                                           HON. BERNARD A. FRIEDMAN

vs.

SEAMAN'S SOCIETY FOR CHILDREN
AND FAMILIES,

        Defendant.
_____/

## NOTICE OF HEARING

You are hereby notified to appear before District Judge Bernard A. Friedman at the United States District Courthouse 225 Cadman Plaza East, Brooklyn, New York. The following matter is scheduled for hearing on:

        Stipulation and Order dated July 23, 2012 - # 17

        HEARING:    Wednesday August 2, 2012 at 1:00 PM, Courtroom N4F

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/ *[signature]*
                                                                    Case Manager

Dated: July 30, 2012